**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6429**

———————————

VIRGEL ST. JOHN, a/k/a or f/k/a or "presumed"
John Tinsley,

                                        Plaintiff - Appellant,

          versus

K. D. SMITH; OFFICER CHANDLER; OFFICER BAKER;
LIEUTENANT DAVIS; PERRY ICHORE; S. R. SMITH;
OFFICER SCOTT; COUNTY OF GREENVILLE; CITY OF
GREENVILLE; GERALD SEALS, County Administra-
tor; AUBREY V. WATTS, JR., City Administrator,

                                        Defendants - Appellees.

———————————

**No. 96-6693**

———————————

VIRGEL ST. JOHN, a/k/a John Tinsley,

                                        Plaintiff - Appellant,

          versus

K. D. SMITH; OFFICER CHANDLER; OFFICER BAKER;
LIEUTENANT DAVIS; PERRY ICHORE; S. R. SMITH;
OFFICER SCOTT; COUNTY OF GREENVILLE; CITY OF
GREENVILLE; GERALD SEALS, County Administra-
tor; AUBREY V. WATTS, JR., City Administrator,

                                        Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Greenville. G. Ross Anderson, Jr., District Judge. (CA-95-4043-6-3-AK)

Submitted: September 30, 1996          Decided: October 25, 1996

Before MURNAGHAN, ERVIN, and LUTTIG, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Virgil St. John, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record in appeal number 96-6429 and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. St. John v. Smith, No. CA-95-4043-6-3-AK (D.S.C. Mar. 5, 1996). Our disposition of appeal number 96-6429 renders appeal number 96-6693 moot. Accordingly, we deny leave to proceed in forma pauperis and dismiss appeal number 96-6693 as well. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3